IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JOSE ANGEL ESTRELLO,<br><br>Defendant. | CR 23-10-M-DWM<br><br><br><br>ORDER |

Defendant Jose Angel Estrello having filed a Notice of Intent to Plead Guilty to the Indictment on June 14, 2023,

IT IS ORDERED:

(1) The jury trial set for June 26, 2023, is VACATED.

(2) Defendant shall appear before this Court on **June 27, 2023,** at **10:00 a.m.** at the Russell Smith Courthouse in Missoula, Montana, at which time the Court will consider his motion to change his plea of not guilty to a plea of guilty.

(3) The Clerk of this Court is ordered to deny all other motions pending in this matter as moot.

DATED this 15th day of June, 2023.

/s/ Donald W. Molloy
Donald W. Molloy, District Judge
United States District Court