IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> JOSE ANGEL ESTRELLO, <br><br> Defendant. | CR 23-10-M-DWM <br><br><br> ORDER |

Before the Court is the government's unopposed motion for final order of forfeiture. Having reviewed said motion, the Court finds:

1. The United States commenced this action pursuant to 18 U.S.C. § 924(d).

2. A Preliminary Order of Forfeiture was entered on July 5, 2023. (Doc. 23.)

3. All known interested parties were provided an opportunity to respond and publication has been effected as required by 21 U.S.C. § 853(n)(1). (Doc. 24.)

4. It appears there is cause to issue a forfeiture order under 18 U.S.C. § 924(d).

Accordingly, IT IS ORDERED that:

1. The motion for final order of forfeiture (Doc. 25) is GRANTED.

2. Judgment of forfeiture of the following property shall enter in favor of the United States pursuant to 18 U.S.C. § 924(d), free from the claims of any other party, the following property:

- Taurus GX4 9mm SN GA14799
- eleven 9mm rounds
- Bushmaster, XM-15 multi caliber firearm SN BNV001879
- thirty .556 rounds
- Remington 870 shotgun, SN RAF010706
- five 12 gauge shells

3. The United States shall have full and legal title to the forfeited property and may dispose of it in accordance with law.

DATED this 21st day of September, 2023.

_____
Donald W. Molloy, District Judge
United States District Court